UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-32030 |
|---|---|
| MICHAEL A. YARWOOD | (Chapter 13) |
| TERRA M. YARWOOD | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014719**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 9 | USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX  78288 | 413.25 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/11/2010

Certificate of Service         08-32030

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MICHAEL A. YARWOOD<br>TERRA M. YARWOOD<br>8499 DAVISSON ROAD<br>MECHANICSBURG, OH  43044 | DAVID M MARTIN<br>4 W MAIN STREET SUITE 707<br>SPRINGFIELD, OH  45502 | (64.1n)<br>ALISON A GILL<br>655 COOPER RD<br>WESTERVILLE, OH  43081 |
| (61.1n)<br>DAIMLERCHRYSLER FINANCIAL<br>BOX 77860<br>FORT WORTH, TX  76177 | (58.1n)<br>GE MONEY BANK % REC MGNT SYS<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131 | (57.1n)<br>JOHN A SCHUH<br>2662 MADISON RD<br>CINCINNATI, OH  45208 |
| (56.1n)<br>KUBOTA CREDIT CORPORATION<br>BOX 829009<br>DALLAS, TX  75382 | (1034.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (52.1n)<br>THEODORE A KONSTANTINOPOULOS<br>JAVITCH BLOCK RATHBONE<br>1100 SUPERIOR AVE  19TH FL<br>CLEVELAND, OH  44114 |
| (9.1)<br>USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX  78288 | (63.1n)<br>WELLS FARGO AUTO FINANCE<br>BOX 7648<br>BOISE, ID  83707 | |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner_____      sv